JOSEPH T. RYERSON & SON, INC., Respondent, v. A. V. O'DONNELL, INC., and FABIAN SECURITIES, INC., Defendants, and JACOB SHAPIRO, Doing Business

under the Firm Name and Style of M. SHAPIRO & SON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.